## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                  CASE NOS.3:97cr81-01/RV; 3:97cr92/RV and 3:97cr103/RV

CHRISTOPHER SUMMERS

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   May 1, 2007

Motion/Pleadings:   MOTION to void Judgment, Order or Proceeding, under Title 28 U.S.C. Federal Rules of Civil Procedure, Rule 60(b)(4)(5)(6) et seq.

Filed by   Defendant     on 3/30/2007     Doc.#   51; 31; 30

RESPONSES:

 None     on     Doc.#

_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      s/Jerry Marbut

LC (1 OR 2)                     Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   1st   day of   May  , 2007, that:*

*(a) The relief requested is DENIED.*

*(b)* _____

                                      /s/ *Roger Vinson*

                                      *ROGER VINSON*
                        *Senior United States District Judge*