**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.   **3:97cr81/RV
3:97cr92/RV
3:97cr103/RV**

**CHRISTOPHER SUMMERS**

## ORDER

The defendant has filed a request for a certificate of appealability in each of the above-styled cases. Defendant appeals the court's denial of his Rule 60(b) motion, styled "motion to void judgment, order or proceeding under Title 28 U.S.C. Federal Rules of Civil Procedure, Rule 60(b)(4)(5)(6)" in each case. Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying a Rule 60(b) motion. *Gonzalez v. Secretary of Department of Corrections*, 317 F.3d 1308, 1312 (11th Cir. 2003). A certificate of appealability should not issue in the appeal from the denial of a Rule 60(b) motion in a habeas case unless the petitioner/defendant shows, at a minimum, that it is debatable among jurists of reason whether the district court abused its discretion, see *Mobley v. Head*, 306 F.3d 1096, 1097 (11th Cir. 2002) ("This Court reviews a denial of a 60(b) motion for an abuse of discretion."). Because the court finds the defendant has not made the requisite showing, his requests for a certificate of appealability are DENIED.

Defendant has not filed motions for leave to proceed *in forma pauperis.* The court finds that the appeals are not taken in good faith and he is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). Therefore, defendant shall pay the $455.00 filing fee in each case within thirty days.

Accordingly, it is ORDERED:

The clerk is directed to place a copy of this order in each of the above-styled cases.

Defendant's requests for certificates of appealability are DENIED in each case.

Defendant shall pay the $455.00 filing fee in each case within thirty days from the date of this order.

DONE AND ORDERED this 18th day of May, 2007.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**