UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                          Case Nos.     3:97cr103/RV/CJK
                                                                                3:97cr92/RV/CJK
                                                                                3:97cr81/RV/EMT
                                                                                3:14cv183/RV/CJK

CHRISTOPHER SUMMERS
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 17, 2014 (doc. 124). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to vacate, set aside, or correct sentence, as docketed in each of the above-styled criminal cases, is summarily **DENIED and DISMISSED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 11th day of June, 2014.

                                         /s/ *Roger Vinson*
                                         **ROGER VINSON**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**