UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.: **3:97cr81-RV-CJK**
 3:16cv345-RV-CJK
 **3:97cr92-RV-CJK**
 3:16cv346-RV-CJK
 **3:97cr103-RV-CJK**
 3:16cv347-RV-CJK

CHRISTOPHER G. SUMMERS,

 Defendant.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 1, 2017 (doc. 142). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's "Motion to Vacate, Set Aside or Correct Sentence under Title 28 U.S.C. § 2255(a)(b)(c)(d)(e)(f) et seq... Due to New Information or Evidence" as docketed in each of the above-styled criminal and civil cases is **DISMISSED**

3. A certificate of appealability is **DENIED**.

DONE AND ORDERED this 4th day of April, 2017.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**